COMMONWEALTH *vs.* THOMAS HARRIS.

Suffolk.   June 27. — 29, 1881.   COLT & ENDICOTT, JJ., absent.

In a prosecution for rape, evidence of particular instances of unchastity on the part of the woman with persons other than the defendant is inadmissible.

INDICTMENT for rape on Clarissa M. Robinson.

At the trial in the Superior Court, before *Aldrich,* J., the defendant offered to show by a witness that, before the time of the alleged rape, the woman had committed adultery with the husband of the witness and with others. This evidence was excluded. The jury returned a verdict of guilty; and the defendant alleged exceptions.

*E. G. Walker,* for the defendant.

*F. H. Gillett,* Assistant Attorney General, for the Commonwealth.

MORTON, J. In a prosecution for rape, the character of the woman for chastity is involved in the issue, and may be impeached by general evidence of her reputation, but particular instances of criminal connection with other persons than the defendant are inadmissible. 3 Greenl. Ev. § 214, and cases cited. *Commonwealth* v. *Regan,* 105 Mass. 593. *Commonwealth* v. *O'Brien,* 119 Mass. 342. In the case at bar, the defendant offered evidence to show, not the general character of the woman, but particular instances of unchastity with persons other than himself. The court rightly rejected the evidence.

*Exceptions overruled.*